



08 CV 4481

Neil G. Sparber
Samantha Beltre
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Attorneys for Plaintiff Marisa F. Jacobs
nsparber@fulbright.com
sbeltre@fulbright.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
MARISA F. JACOBS,                                                       :
                                                                        :
                    Plaintiff,                                          :
                                                                        :    08 Civ. _____
         -against-                                                      :
                                                                        :
CLAIRE'S STORES, INC.                                                   :
                                                                        :
                    Defendant.                                          :
                                                                        :
------------------------------------------------------------------------x

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Marisa F. Jacobs certifies that plaintiff is an individual and therefore has no corporate parents, affiliates, and/or subsidiaries the securities or other interests in which are publicly held.

-2-

Dated: New York, New York
       May 13, 2008

                                      FULBRIGHT & JAWORSKI L.L.P.

                                By: *Samantha Beltre*
                                      Neil G. Sparber
                                      Samantha Beltre
                                      666 Fifth Avenue
                                      New York, New York  10103
                                      (212)318-3000
                                      Attorneys for Plaintiff Marisa F. Jacobs