KAHN OPTON, LLP
228 East 45th Street
New York, New York 10017
(212) 966-8686
skahn@kahnopton.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X        08 Civ. 4481 (TPG)
MARISA F. JACOBS,

        Plaintiff,                **ORDER PERMITTING**
vs.                                       **SUBSTITUTION OF ATTORNEY**

CLAIRE'S STORES, INC.,

        Defendant.
---------------------------------X

    Plaintiff Marisa F. Jacobs hereby consent to the substitution of Kahn Opton, LLP, as her Attorneys in the above-entitled case.

Dated: August 10, 2008

_____
Marisa F. Jacobs, Plaintiff

Appointment Accepted:                     Withdrawal Accepted:

_____                 _____
Kahn Opton, LLP                           Fulbright & Jaworski L.L.P.
By: Stephen H. Kahn (SHK 7780)            By: Neil G. Sparber (NS 9165)
    Superseding Attorneys                     Withdrawing Attorneys


S O  O R D E R E D:


_____
    U.S.D.J.

KAHN OPTON, LLP
228 East 45th Street
New York, New York 10017
(212) 966-8686
skahn@kahnopton.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MARISA F. JACOBS,

           Plaintiff,                         08 Civ. 4481 (TPG)

    vs.                                  AFFIDAVIT TO SUBSTITUTE
                                          COUNSEL
CLAIRE'S STORES, INC.,

           Defendant.
------------------------------X

STATE OF NEW JERSEY   )
                             ) :ss.
COUNTY OF BERGEN     )

       MARISA F. JACOBS, being duly sworn, under penalty of perjury states:

1.     I am the Plaintiff is this action. I submit this affidavit pursuant to Local Civil Rule 1.4 to support my application to substitute Kahn Opton, LLP as my attorney in place of my current law firm, Fulbright & Jaworski, L.L.P.

2.     To date, there has been no activity before the Court in this case other than the filing of the complaint on about May 13, 2008. The complaint has not been served. I seek to change counsel at this early stage since it is apparent that my suit for breach of an employment contract must be litigated. When I retained the Fulbright law firm, I had not expected to be compelled to engage in litigation. This application should not be construed to reflect negatively upon the Fulbright law firm.

                                                          _Marisa F. Jacobs_
                                                          Marisa F. Jacobs

Sworn to and subscribed
before me on this  11
date of August, 2008

_Constance Jean Wilson_
Notary Public

CONSTANCE JEAN WILSON
NOTARY PUBLIC OF NEW JERSEY
ID # 2274307
MY COMMISSION EXPIRES APRIL 19, 2011