KAHN OPTON, LLP
228 East 45th Street
New York, New York 10017
(212) 966-8686
skahn@kahnopton.com
Attorney for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MARISA F. JACOBS,

        Plaintiff,

vs.

CLAIRE'S STORES, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 4481 (TPG)

**ORDER PERMITTING
SUBSTITUTION OF ATTORNEY**

       Plaintiff Marisa F. Jacobs hereby consent to the substitution of Kahn Opton, LLP, as her Attorneys in the above-entitled case.

Dated: August 10, 2008

_____
Marisa F. Jacobs, Plaintiff

Appointment Accepted:

_____
Kahn Opton, LLP
By: Stephen H. Kahn (SHK 7780)
Superseding Attorneys

Withdrawal Accepted:

_____
Fulbright & Jaworski L.L.P.
By: Neil G. Sparber (NS 9165)
Withdrawing Attorneys

USE STEPHEN H. KAHN, KAHN OPTON, 228 EAST 45TH STREET NEW YORK, NY 10017; (212) 966-8686 SKAHN@KAHNOPTON.COM AS ATTORNEY TO BE NOTIFIED FOR PLAINITFF.

SO ORDERED:

_____
U.S.D.J

8/28/08

KAHN OPTON, LLP
228 East 45th Street
New York, New York 10017
(212) 966-8686
skahn@kahnopton.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MARISA F. JACOBS,

       Plaintiff,                       08 Civ. 4481 (TPG)

      vs.                              AFFIDAVIT TO SUBSTITUTE
                                              COUNSEL

CLAIRE'S STORES, INC.,

       Defendant
------------------------------X

STATE OF NEW JERSEY    )
                              ) :ss.
COUNTY OF BERGEN       )

      MARISA F JACOBS, being duly sworn, under penalty of perjury states:

1.    I am the Plaintiff is this action. I submit this affidavit pursuant to Local Civil Rule 1.4 to support my application to substitute Kahn Opton, LLP as my attorney in place of my current law firm, Fulbright & Jaworski, L.L.P.

2.    To date, there has been no activity before the Court in this case other than the filing of the complaint on about May 13, 2008. The complaint has not been served. I seek to change counsel at this early stage since it is apparent that my suit for breach of an employment contract must be litigated. When I retained the Fulbright law firm, I had not expected to be compelled to engage in litigation. This application should not be construed to reflect negatively upon the Fulbright law firm

                                                          _____
                                                          Marisa F. Jacobs

Sworn to and subscribed
before me on this 11
date of August 2008

_____
Notary Public

CONSTANCE JEAN WALKER
NOTARY PUBLIC OF NEW JERSEY
ID # 2274307
MY COMMISSION EXPIRES APRIL 19, 2011